# EXHIBIT 1



## Notes  Inbox ×

**Kate Barton** <kateh.barton@gmail.com>   Mon, Dec 6, 7:31 PM (4 days ago)
to me

**Use for specific candidate donations over $1,000**

```
*//forval i = 1/50 {
                *//replace cand__ = 1 if strpos(candidate`i', "bernie_sanders") > 0 & amount`i' >= 1000 & date`i' > td(01jan2020)
            *//}


gen cand__ = 0
     *//gen cand__string = ""
     forval i = 1/50{
          replace cand__ = cand__ + 1 if candidate`i'!=cand__string & strpos(candidate`i', "alyse_galvin") > 0 & amount`i' >= 1000 & date`i' >= td(01jan2020)
          replace cand__ = cand__ + 1 if candidate`i'!=cand__string & strpos(candidate`i', "kathleen_williams") > 0 & amount`i' >= 1000 & date`i' >= td(01jan2020)
          replace cand__ = cand__ + 1 if candidate`i'!=cand__string & strpos(candidate`i', "candace_valenzuela") > 0 & amount`i' >= 1000 & date`i' >= td(01jan2020)
          replace cand__ = cand__ + 1 if candidate`i'!=cand__string & strpos(candidate`i', "wendy_davis") > 0 & amount`i' >= 1000 & date`i' >= td(01jan2020)
replace cand__string = candidate`i' if candidate`i'!=cand__string & strpos(candidate`i', "wendy_davis") > 0 | strpos(candidate`i', "alyse_galvin") > 0 | strpos(candidate`i', "kathleen_williams") > 0 | strpos(candidate`i', "candace_valenzuela") > 0
     }
```

 Reply     Forward