# EXHIBIT 2

# WB | WARD & BERRY PLLC

1751 PINNACLE DRIVE
SUITE 900
TYSONS, VA 22102
(202) 331-8160
(202) 505-7100 Fax

December 10, 2021

Kate Barton
VIA Email only
kateh.barton@gmail.com

Re: Grassroots Analytics, LLC

Ms. Barton:

This Firm represents Grassroots Analytics, LLC ("Grassroots"). We are very concerned that, after your separation from Grassroots, you accessed confidential Grassroots files and data without authorization (and/or in excess of your authorization), copied confidential Grassroots files and data without authorization, emailed confidential Grassroots files and data to your personal email address without authorization, and then offered to sell and or share those confidential Grassroots files and data with others (including Grassroots' direct competitors) – again, without authorization. We have substantial documentary evidence of your malfeasance, including your texts and emails.

Your actions violate your contractual obligations to Grassroots and likely give rise to civil and criminal liability under, *inter alia,* the Defend Trade Secrets Act, 18 U.S.C. § 1832 *et seq.* and the Computer Fraud and Abuse Act, 18 U.S.C § 1030.

Any materials and/or data, including any copies made, taken from Grassroots must be returned immediately. Additionally, if this information has been shared with any third parties, including, but not limited to: Eric Coats, Ben Bobo, Eden Mckissick-Hawley, True Blue Analytics, and/or Tall Poppy Fundraising, we demand that you immediately identify those entities and/or individuals. If these materials and/or data are not returned to Grassroots by 9:00 A.M. on December 13, 2021, we will assume the worst about your intentions and will proceed accordingly.

Grassroots jealously guards its data and information. We will pursue all legal options to prevent the theft or unauthorized sharing of our data and information. To prevent any further escalation of this situation, I urge you to immediately respond to this demand, and return Grassroots' materials and data forthwith.

Thank you,

Daniel Ward