# EXHIBIT 3

# WB | WARD & BERRY PLLC

1751 PINNACLE DRIVE
SUITE 900
TYSONS, VA 22102
(202) 331-8160
(202) 505-7100 Fax

December 10, 2021

Eden Mckissick-Hawley
Tall Poppy, LLC
VIA Email only
edenmckissickhawley@gmail.com

Re:  Grassroots Analytics, LLC

Ms. Mckissick-Hawley:

This Firm represents Grassroots Analytics, LLC ("Grassroots"). We are very concerned that you have had a series of communications with Kate Barton regarding her work at Grassroots. We have substantial evidence that, after her separation from Grassroots, she accessed confidential Grassroots files and data without authorization, copied confidential Grassroots files and data without authorization, emailed confidential Grassroots files and data to her personal email address without authorization, and offered to sell and or share those confidential Grassroots files and data with others, including True Blue Analytics and Tall Poppy LLC. We have documentary evidence of this malfeasance, including texts and emails.

These actions may give rise to civil and criminal liability under, *inter alia,* the Defend Trade Secrets Act, 18 U.S.C. § 1832 *et seq.* and the Computer Fraud and Abuse Act, 18 U.S.C § 1030.

Any materials and/or data, including any copies made, taken from Grassroots must be returned immediately. If these materials and/or data are not returned to Grassroots by 9:00 A.M. on December 13, 2021, we will assume the worst about your intentions and will proceed accordingly.

Grassroots jealously guards its data and information. We will pursue all legal options to prevent the theft or unauthorized sharing of our data and information. To prevent any further escalation of this situation, I urge you to immediately respond to this demand, and return Grassroots' materials and data forthwith.

Thank you,

Daniel Ward