# EXHIBIT 5



**SANDLER REIFF**
SANDLER REIFF LAMB
ROSENSTEIN & BIRKENSTOCK, P.C.

1090 Vermont Ave NW, Suite 750
Washington, DC 20005
www.sandlerreiff.com
**T:** 202-479-1111
**F:** 202-479-1115

December 12, 2021

**Via E-Mail**

Daniel Ward, Esq.
Ward & Berry PLLC
1751 Pinnacle Drive
Suite 900
Tysons, VA 22102

**Re: Grassroots Analytics, LLC and True Blue Analytics**

Dear Mr. Ward:

We serve as counsel for True Blue Analytics, which has referred to us your letters of December 10, 2021, to Eric Coats and Ben Bobo.

We have reviewed this matter with our client, which  has confirmed that Mr. Coats has never communicated with Kate Barton regarding the substance of her work at Grassroots Analytics; that Mr. Bobo has never communicated with Ms. Barton at all. that Ms. Barton never made any offer to sell or share any files or data of any kind, from Grassroots Analytics or anyone else, to  anyone at  True Blue Analytics; and that Ms. Barton has not shared or provided any files, data, or information of any kind to True Blue Analytics.

Accordingly, True Blue Analytics is not in possession of any materials, data, files or information of any kind taken from Grassroots Analytics.

If you have any questions or need further information concerning the above, or need to communicate further with True Blue Analytics, please contact me.

Sincerely yours,

Joseph E. Sandler