# EXHIBIT 6

**From:** Kate Barton kateh.barton@gmail.com
**Subject:** Re: Grassroots Analytics
**Date:** December 12, 2021 at 2:35 PM
**To:** Daniel Ward dan@wardberry.com
**Cc:** Kerry McCarthy kerry@wardberry.com, Sarah Carr sarah@wardberry.com



Hi Dan,

I hope you are enjoying your weekend. Given that the turnaround time provided for a response is outside of business hours, I wanted to respond now in good faith but will have a formal response from my legal counsel as soon as possible once business hours resume.

I will confirm to you that I have never sold "confidential Grassroots files or data" to any business or individual mentioned in this letter or otherwise operating as an employee of Grassroots Analytics, as the Director of Progressive Donor Advising, or as an individual.

Eden McKissick-Hawley is a dear, personal friend of mine resulting from our meeting at a DCCC training in August of 2019 and I know Eric Coates as a result of that relationship. I have never been in contact with Ben Bobo or True Blue Analytics, nor have I ever sold or shared or attempted to sell or share "confidential Grassroots files and data" to Ben Bobo or True Blue Analytics directly or indirectly. It is my understanding that Eden McKissick-Hawley and Eric Coates both performed business with Grassroots Analytics while I was an employee there. Eden McKissick-Hawley was a known client of mine while I was Director of Campaign Strategy at Grassroots Analytics and she is the owner of Tall Poppy Fundraising, so I will not speak further at this time to what is suggested in your letter. I have never as a Grassroots Analytics employee, as the Director of Progressive Donor Advising, or as an individual, sold or shared or attempted to sell or share data to Eric Coates or any business entities he may be affiliated with.

I hope that is helpful and enough to satisfy any concerns. As I mentioned, my legal counsel will be in touch as soon as possible once business hours resume.

I look forward to clearing up any additional misunderstanding.

Best holiday wishes to you and yours,
Kate Barton

On Fri, Dec 10, 2021 at 5:07 PM Daniel Ward <dan@wardberry.com> wrote:

> Ms. Barton,
>
> Please see the attached correspondence. I look forward to your prompt response.
>
> Thanks,
>
> Dan

Daniel S. Ward

**WARD & BERRY, PLLC**

1751 Pinnacle Drive

Suite 900

Tysons, Virginia 22102

(202) 331-8160

[www.wardberry.com](www.wardberry.com)

[www.govconlaw.com](www.govconlaw.com)

******************************************************************

The information in this email is confidential and may be legally privileged.

It is intended solely for the addressee. Access to this email by anyone else

is unauthorized.

If you are not the intended recipient, any disclosure, copying, distribution

or any action taken or omitted to be taken in reliance on it, is prohibited

and may be unlawful. When addressed to our clients any opinions or advice

contained in this email are subject to the terms and conditions expressed in

the governing Ward & Berry client engagement letter.

******************************************************************

Think Green! Please don't print this e-mail unless you need to.