# EXHIBIT 8



**From:** **Daniel Ward** dan@wardberry.com  📎
**Subject:** Fwd: Grassroots Analytics, LLC ("Grassroots")
**Date:** December 13, 2021 at 9:00 AM
**To:** Sarah Carr  sarah@wardberry.com,  Kerry McCarthy  kerry@wardberry.com

Daniel S. Ward
WARD & BERRY, PLLC
1751 Pinnacle Drive
Suite 900
Tysons, Virginia 22102
(202) 331-8160
www.wardberry.com
*******************************************************************

The information in this email is confidential and may be legally privileged.
It is intended solely for the addressee. Access to this email by anyone else
is unauthorized.
If you are not the intended recipient, any disclosure, copying, distribution
or any action taken or omitted to be taken in reliance on it, is prohibited
and may be unlawful. When addressed to our clients any opinions or advice
contained in this email are subject to the terms and conditions expressed in
the governing Ward & Berry client engagement letter.
*******************************************************************
P Think Green! Please don't print this e-mail unless you need to.

**From:** Kristina.Dahmann@icemiller.com <Kristina.Dahmann@icemiller.com>
**Sent:** Monday, December 13, 2021 8:45:26 AM
**To:** Daniel Ward <dan@wardberry.com>
**Subject:** Grassroots Analytics, LLC ("Grassroots")

Dan:

Ice Miller LLP represents Tall Poppy LLC ("Tall Poppy") with respect to the letter you sent to Eden Mckissick-Hawley on December 10, 2021.

By way of a response to your demand, my client asked that I inform you that it does not possess any of the referenced Grassroots records, and consequently, it has no records that it can return to Grassroots.

Should have any continued concerns, please contact me directly.

With regards,
Kristina



**Kristina Dahmann**

Kristina.Dahmann@icemiller.com

**p** 614-462-2220 **f** 614-232-6858
**c** 571-224-8956

Ice Miller LLP
250 West Street
Suite 700
Columbus, OH 43215

To learn more about the firm and its services, visit us at
**icemiller.com**

**************************************************************************************
****************************************************************************
CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected
by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying,
distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in
error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
**************************************************************************************
****************************************************************************