# EXHIBIT 9

| | |
|---|---|
| **Subject:** | Re: Grassroots Analytics, LLC ("Grassroots") |
| **Date:** | Monday, December 13, 2021 at 12:53:20 PM Eastern Standard Time |
| **From:** | Daniel Ward |
| **To:** | Kristina.Dahmann@icemiller.com |
| **CC:** | Sarah Carr, Kerry McCarthy |
| **Attachments:** | image001.png |

Hi Kristina,

That does not correspond with the information and evidence we have, which incontrovertibly shows that Ms. Mckissick-Hawley solicited and received Grassroots trade secret information from Ms. Barton.

By way of example, but not exclusion, on November 27, 2021, Ms. Barton sent Ms. Mckissick-Hawley the name and private contact information of a Grassroots client.

Additionally, on December 2, 2021, Ms. Mckissick-Hawley asked Ms. Barton "Can I send u some lists to match with giving history plz," and offered to fly Ms. Barton to meet with her.

On December 6, 2021, Ms. Mckissick-Hawley stated to Ms. Barton "I feel relieved knowing we are going to be together" "Eric said to reach out to him. He wants u to help him with some things" and "We got this babe. Will make it into the blockbuster. You'll help me and Eric – get paid by that, stay stable financially- and slowly build back the company of your dreams. And by slowly, I mean 2-3 months. Your life will be so awesome by February."

Also on December 6, 2021, Ms. Barton stated to Ms. Mckissick-Hawley "Damn ok I think I transferred everyone. *everything. Keeping my pitch meeting on the books just transferred to my personal email." Ms. Mckissick-Hawley replied "Yes Kate! U got this honey. And if u want to start using a kate@tallpoppy to make more official, happy to move you to our fajita! Hahahahaha. Gsuite. Autocorrect."

In another exchange, Ms. Barton stated to Ms. Mckissick-Hawley "It's such inside baseball. In the grand scheme, C2G is a bug on the windshield. Their reputation will worsen and we can take their clients away from them but not sure where it goes past that." To which Ms. Mckissick-Hawley replied "Can you send me list of who they work with at GA and I'll literally poach their asses tomorrow." Ms. Barton replied "Yes," and then sent Ms. Mckissick-Hawley a list of Grassroots' clients.

My investigation began Friday. We are still in the early days. I have little doubt that more evidence will emerge as the investigation progresses. What I have found to date shows that you have been misinformed by your client. Ms. Mckissick-Hawley, by and for Tall Poppy, did solicit and receive Grassroots' trade secret information.

As I am sure you can understand, my client is gravely concerned about these developments, and has directed me to move with all deliberate speed. We will be seeking immediate injunctive relief to prevent any further damage to Grassroots. Are you authorized to accept service for Tall Poppy and Ms. Mckissick-Hawley?

Thanks,

Dan Ward

**Daniel S. Ward**

**WARD & BERRY, PLLC**
**1751 Pinnacle Drive**
**Suite 900**
**Tysons, Virginia 22102**
**(202) 331-8160**
[www.wardberry.com](www.wardberry.com)
[www.govconlaw.com](www.govconlaw.com)
*******************************************************************

The information in this email is confidential and may be legally privileged.
It is intended solely for the addressee. Access to this email by anyone else
is unauthorized.
If you are not the intended recipient, any disclosure, copying, distribution
or any action taken or omitted to be taken in reliance on it, is prohibited
and may be unlawful. When addressed to our clients any opinions or advice
contained in this email are subject to the terms and conditions expressed in
the governing Ward & Berry client engagement letter.
*******************************************************************
Think Green! Please don't print this e-mail unless you need to.

---

**From:** Kristina.Dahmann@icemiller.com <Kristina.Dahmann@icemiller.com>
**Date:** Monday, December 13, 2021 at 9:00 AM
**To:** Daniel Ward <dan@wardberry.com>
**Subject:** Grassroots Analytics, LLC ("Grassroots")

Dan:

Ice Miller LLP represents Tall Poppy LLC ("Tall Poppy") with respect to the letter you sent to Eden Mckissick-Hawley on December 10, 2021.

By way of a response to your demand, my client asked that I inform you that it does not possess any of the referenced Grassroots records, and consequently, it has no records that it can return to Grassroots.

Should have any continued concerns, please contact me directly.

With regards,
Kristina



**Kristina Dahmann**

[Kristina.Dahmann@icemiller.com](Kristina.Dahmann@icemiller.com)
**p** 614-462-2220 **f** 614-232-6858
**c** 571-224-8956

Ice Miller LLP
250 West Street
Suite 700

Columbus, OH 43215

To learn more about the firm and its services, visit us at
**icemiller.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*