# EXHIBIT 10

12/2/21, 9:15 AM

> what are we doing? google meet?

I'll be 10 mins late

Was just texting u

> ok talk soon

About to hop on

Bitching out Victoria's cm

> kk i'm on

Joining now

Let's talk about upsells

12/2/21, 11:41 AM

Wait what should we do about the flight?

12/2/21, 1:40 PM

> Let me take a look tonight at all the options and see if I can use my United voucher.

> 12/2/21, 1:40:54 PM

Ok and if u can I'll pay the difference

Can I send u some lists to match with giving history plz

> I don't have time I'm sorry :(

> Slammed today. Now doing 5 other events next week

Oh god no worries!

In the future is fine was just bugging u now sowwy

Look at u

Money raising fool

> lol no worries ask awayyyy

> Here's the lineup: Nida Allam, Erica Smith, Imani & Jessica, Jess Cisneros, Jerry Dickinson



> Coachella Week