# EXHIBIT 11

> Lmk when u get it and I'll send $$ to ur account

12/6/21, 6:02 PM

> Checking on u
> Let's buy ticket
> And are u ok?

>> My phone died on drive home
>> just plugged in and heading home and we'll get this done!

> No prob babe!
> Can't wait
> I feel relieved knowing we are going to be together
> Eric said to reach out to him. He wants u to help him w some things.

>> Omg I know
>> I feel the same way

> We got this babe
> Will make it into the blockbuster
> You'll help me and Eric- get paid by that, stay stable financially- and slowly build back the company of your dreams. And by slowly, I mean 2-3 months. Your life will be so awesome by February

12/6/21, 6:05:02 PM



> I'm really hurting for you and I hate this so fucking much, but I am glad I can be here for you. You've been such a good friend to me. It's the least I can do and I'm happy to do it.

>> You're so sweet and I'm very grateful. I know this is for the best and the support is beyond helpful

> You got this girlfriend
> You have an ARMY of people behind u

>> I think this flight bumped up in $$
>> Did you buy Jessica's ticket for the 14th? We could use United voucher for that and have her come up a little early. She's more than welcome to stay on my couch.

