# EXHIBIT 12

> Leave it

> Let it cool for a day i'll keep you in the loop

Yeah I'm like I don't want to talk to her

What would I say

So weird

12/6/21, 10:26 AM

> Service is zilch up here. I'll go out for coffee in a bit and call you back. I think it might be best for me to do introductions and just get on Zoom w Jessica and I can give her the list in advance and just prep her before each call?

Perfect just call me later so we can talk through who those intros will be

Imani had been texting kavin so he just texted her this:

Hey Imani!

Unfortunately, Jessica won't be able to attend the fundraiser on the 12/14. We appreciate the opportunity, but the week before the holidays is jam packed for Jessica. I hope you understand

It made more sense than sending an email to her and Danny

> That's perfect, thank you!!!!

> Damn ok I think I transferred everyone

12/6/21, 10:53:23 AM ything

> keeping my pitch meetings on the books just transferred to my personal email

Yes Kate!

U got this honey

And if u want to start using a kate@tallpoppy to make more official, happy to move u to our fajita!

Hahahahaha

Gsuite

Auto correct

> Lol love

But u could say hey! Just moved over to a different firm

> I think I need my own new fun business name!