# **EXHIBIT 13**

> Billy and whatever her name is can EAT SHIT

> like wtf I'll have every GA client drop them in 2 minutes

Yep

I'm going to have a reporter work on it :)

Please please work it from your end

My client Claudia scrubbed fucking toilets as a kid and picked citrus

> I will take any opportunity to fuck these consultant scammers over

> C2G has been on my list for a while

Can u flag to Danny and request he officially terminate the relationship? I'm going straight to politico.

Does politico even care about this?

It's such inside baseball

How do we get this out

> It's such inside baseball. In the grand scheme, C2G is a bug on the windshield.

> Their reputation will worsen and we can take their clients away from them but not sure where it goes past that.

Can u send me list of who they work with at GA and I'll literally poach their asses tomorrow

11/17/21, 5:03:05 PM

> Yes
> Stephanie Gallardo
> first priority
> save her
> will look into the others

Bug on a windshield Kate I am screaming

Kk I'll save stephanie

Can u send me stephanies email?

> stephaniegallardo@gmail.com